■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE BROWN, Appellant. [977 NYS2d 896]—

By pleading guilty, the defendant forfeited his contention that the People failed to file a special information with the defendant's indictment pursuant to CPL 200.60 (*see People v Sanchez,* 55 AD3d 460, 461 [2008]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Skelos, J.P., Dickerson, Lott and Austin, JJ., concur.